JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LEE NARANJO,<br><br>          Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,<br><br>          Defendant. | No. CV 15-1433 FFM<br><br>JUDGMENT |

    In accordance with the Memorandum Decision and Order filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: December 14, 2016

                                              /S/FREDERICK F. MUMM
                                                FREDERICK F. MUMM
                                         United States Magistrate Judge